IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ANTONIO GONZALEZ-CEPEVA,

 Defendant.

___

### ORDER
___

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 10] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 10] is granted. The United States may disclose grand jury testimony, grand jury exhibits, and other grand jury materials to the defendant and his attorney in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to the defendant and his attorney; that defendant's attorney shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED April 2, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer<br>
                                          PHILIP A. BRIMMER<br>
                                          United States District Judge